| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address:<br>1437 Bannock St.<br>Denver, Colorado 80202<br>_____<br>**Plaintiff:** RONNIE VARGAS<br><br>v.<br><br>**Defendants:** DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a foreign Corporation<br>_____<br>Attorney Name:   Kenneth A. Padilla, No. 5632<br>Address:              1753 Lafayette Street<br>                            Denver, Colorado 80218<br>Phone Number:    (303) 832-7145<br>Facsimile:             (303) 832-7147<br>E-mail:                 Padillaesq@aol.com | DATE FILED<br>September 18, 2025 2:25 PM<br>FILING ID: 822EFC1D42940<br>CASE NUMBER: 2025CV33355<br><br><br>▢   COURT USE ONLY   ▢<br><br>Case Number:<br><br><br>Courtroom: |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

    **COMES NOW** the above-named Plaintiff, Ronnie Vargas, by and through her attorney, Kenneth A. Padilla, and complains and alleges as follows:

### NATURE OF CLAIM

    1.    This is an action commenced by the Plaintiff Ronnie Vargas for personal injuries sustained by him at the King Soopers Store #92 located at 4850 E. 62nd Avenue, Commerce City, Colorado on September 19, 2023, as more fully explained in the body of this complaint.

### PARTIES

    2.    That at all times pertinent to this action the Plaintiff Ronnie Vargas was a resident of the City and County of Denver, State of Colorado and at the time he sustained injuries he was 66 years old.

    3.    That at all times pertinent to this action the Defendant, Dillon Companies, Inc. d/b/a King Soopers, Inc., was a foreign corporation, registered and existing pursuant to the laws of the State of Kansas.

## FACTUAL ALLEGATIONS

4. That on September 19, 2023, the Plaintiff Ronnie Vargas was a patron and business invitee at the King Soopers Store located at 4850 E. 62nd Avenue, Commerce City, Colorado.

5. That the Defendant, Dillon Companies, Inc. d/b/a King Soopers, Inc. is responsible for providing a safe environment and for exercising reasonable care to protect against dangers to persons coming onto their property to transact business.

6. That the Plaintiff was shopping at the King Soopers Store located at 4850 E. 62nd Avenue, Commerce City, Colorado when the Plaintiff slipped and fell as a result of the large pool of water that was negligently, carelessly and recklessly allowed to collect on the floor near the entrance to the restrooms. As a result, the Plaintiff, Ronnie Vargas fell to the ground causing the Plaintiff to suffer severe injuries, as more fully explained in the body of this Complaint.

## FIRST CLAIM FOR RELIEF
## PURSUANT TO C.R.S. § 13-21-115

7. That Plaintiff hereby incorporates by reference, for all purposes herein, as if fully set forth verbatim, paragraphs 1 through 6 of this Complaint.

8. That as the owner and operator of the King Soopers Store the Defendant owed a duty pursuant to C.R.S. §13-21-115, to its guests, in general, and to the Plaintiff, Ronnie Vargas, to use reasonable care to protect against any known danger on the premises or any danger that should have been reasonably known.

9. That at all times pertinent to this action the Defendant Dillon Companies, Inc. d/b/a King Soopers, Inc. directly, and through its agents and employees, failed to exercise reasonable care to protect against known dangers or dangers that reasonably should have been known on the premises, by failing to properly provide safe aisles and walkways for its shoppers in one or more of the following ways:

    (a) By allowing water or liquids to collect on floors where invitees would walk.
    (b) By failing to maintain appropriate monitoring of its premises for dangerous conditions.
    (c) By allowing a danger to exist in the shopping area of the King Soopers Store.
    (d) By not establishing adequate and regular maintenance at the King Soopers Store.
    (e) By failing to remove the water or liquid from the floors where invitees would walk.
    (f) By failing to warn patrons about this danger.

10. That as a result of the Defendant Dillon Companies, Inc. d/b/a King Soopers, Inc.'s failure to exercise reasonable care to protect its patrons in general and the Plaintiff Ronnie Vargas in particular, against dangers on the premises, Ronnie Vargas fell forcefully to the floor causing him severe injuries.

11. That as a result of the Defendant's failure to exercise reasonable care to protect against dangers, of which Defendants knew or should have known, that existed at the King Soopers Store, Plaintiff has sustained injuries, including, but not limited to permanent acute neck and back injuries and pain, acute shoulder pain, arm and leg pain, knee joint pain, ankle pain, muscle spasms, headaches, severe pain and suffering, and permanent injuries all to his damage.

12. That as a further, direct and proximate result of the violation of C.R.S. § 13-21-115, the Plaintiff, Ronnie Vargas has incurred doctor bills, drug and medicine bills, loss of value of her time, loss of enjoyment of her life, mental suffering, mental anguish, depression, emotional distress, loss of enjoyment of life, future medical costs including but not limited to a C4-7 Anterior Cervical Discectomy and Fusion for his neck injuries and Platelet-Rich Plasma Treatment for his back injuries and other permanent injuries all of which are still occurring, and Plaintiff prays leave of court to insert all of his damages when fully known prior to trial.

**WHEREFORE**, Plaintiff prays for judgment for general damages against the Defendant Dillon Companies, Inc. d/b/a King Soopers, Inc., for interest from the date of Plaintiff's injuries, witness fees, costs, attorney fees and for such other and further relief as this Court may deem just and proper.

### **SECOND CLAIM FOR RELIEF**

13. That Plaintiff hereby incorporates by reference, for all purposes herein, as if fully set forth verbatim, paragraphs 1 through 12 of this Complaint.

14. That at all times pertinent to this action the Defendant Dillon Companies, Inc. d/b/a King Soopers, Inc. owned and operated the King Soopers Store located at 4850 E. 62nd Avenue, Commerce City, Colorado.

15. That King Soopers Store, and the Defendant Dillon Companies, Inc. d/b/a King Soopers, Inc., failed its duty to provide a safe environment to invitees pursuant to C.R.S. § 13-21-115, in general and to the Plaintiff in particular in its negligent supervision of its employees and in the operation of its Store in one or more of the following ways:

   a. In failing to hire competent managers and staff to make certain that the Store premises were maintained in a safe environment and condition.
   b. In failing to properly train, instruct and supervise its employees to prevent dangerous conditions at the Store.
   c. In failing to properly train, instruct and supervise its employees to establish procedures and processes to prevent dangerous conditions from existing at the Store.
   d. In failing to provide the necessary resources to its employees to properly warn and advise patrons of its Store of any dangerous condition that was known or reasonably should have been known.
   e. Allowing water to collect on the floors creating a dangerous condition for patrons and invitees.

3

    16.    That as a result of the Defendant's failure to exercise reasonable care to supervise its employees and protect against dangers, of which Defendants knew or should have known, that existed at the King Soopers Store, Plaintiff has sustained injuries, including, but not limited to permanent acute neck and back injuries and pain, acute shoulder pain, arm and leg pain, knee joint pain, ankle pain, muscle spasms, headaches, severe pain and suffering, and permanent injuries all to his damage.

    17.    That as a further, direct and proximate result of its negligent supervision of its employees in violation of C.R.S. § 13-21-115, the Plaintiff, Ronnie Vargas has incurred doctor bills, drug and medicine bills, loss of value of her time, loss of enjoyment of her life, mental suffering, mental anguish, depression, emotional distress, loss of enjoyment of life, future medical costs including but not limited to a C4-7 Anterior Cervical Discectomy and Fusion for his neck injuries and Platelet-Rich Plasma Treatment for his back injuries and other permanent injuries all of which are still occurring, and Plaintiff prays leave of court to insert all of his damages when fully known prior to trial.

**WHEREFORE**, Plaintiff prays for judgment for general damages against the Defendant Dillon Companies, Inc. d/b/a King Soopers, Inc., for interest from the date of Plaintiff's injuries, witness fees, costs, attorney fees and for such other and further relief as this Court may deem just and proper.

    Respectfully submitted,

*/s/ Kenneth A. Padilla*
_____
Kenneth A. Padilla, No. 5632
Attorneys for Plaintiff

**JURY DEMAND**

**PLAINTIFF HEREBY DEMANDS A TRIAL TO A JURY OF SIX (6) TO HEAR ALL ISSUES CONTAINED HEREIN**